In the Matter of the Determination of the Fees of the Appraisers and of HARRY C. BARKER, Attorney, in the Estate of CHARLES ROBERT BANGS, Deceased. HARRY C. BARKER and Others, Respondents; BERTHA F. BANGS, as Executrix, etc., Appellant.— Appeal from two orders of the Surrogate's Court of Ulster County fixing the compensation of Harry C. Barker, former attorney for the estate, and Robert G. Groves and Walter A. Cronk, appraisers appointed under section 195 of the Surrogate's Court Act. The evidence supports the orders appealed from. Orders unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

JOHN E. SWEENEY, Respondent, v. ELEANOR SWEENEY, Appellant.— Defendant has appealed from an order of the Special Term of the Supreme Court denying her motion to open a default judgment of separation entered against her and in favor of plaintiff on April 8, 1938. Defendant had full knowledge as to the pendency of the separation action against her and, after consulting many lawyers, she permitted a default judgment to be taken. The judgment of separation provides that plaintiff shall pay to defendant the sum of $250 a month for her support and maintenance. With that provision plaintiff has complied and is now complying. The Special Term properly exercised its discretion in denying defendant's motion and the order appealed from should be affirmed. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE FARMERS NATIONAL BANK OF AMSTERDAM, Respondent, v. UNIVERSAL CREDIT COMPANY, INC., Appellant.— Appeal from a judgment in favor of plaintiff entered upon a decision of the Trial and Special Term of the Supreme Court held in and for the county of Montgomery. The findings of the trial court were in accordance with the evidence and the judgment appealed from should be affirmed. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

## (May 23, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER PILO, Relator, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application to prosecute appeal as a poor person granted. Mr. John R. Cummins, attorney, of Plattsburgh, N. Y., is designated as his attorney. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

TRIPLE CITIES CONSTRUCTION CORPORATION, Respondent, v. BYERS MACHINE COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ARCHIE B. JONES, Appellant, v. CITY OF BINGHAMTON, Respondent. EVERETTE E. ALLEN, Appellant, v. CITY OF BINGHAMTON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.